No. 11–10016.  RIOJAS, AKA RIOJAS-SANDOVAL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10018.  ISAAC v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–10019.  HEWITT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10025.  JOHNSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10027.  FULTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10028.  SCANLAN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–10030.  GLOVER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–10033.  GOODWIN v. LOCKETT, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–10035.  GORBATOVA v. GAETA ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–10038.  FOSTER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–10043.  HAWKINS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–10048.  GLENN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10056.  MORILLO-HIDALGO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–10059.  MARTINEZ ESCOBEDO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10062.  TADIO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10065.  ARTEAGA-TAPIA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.